UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN BUCHWALD, aka SUSAN BALIN,

                      Plaintiff,

- against -

GABRIELE DI LUOZZO, ILYA LIKHTEROV, M.D., SEANA FRIEDMAN, R.N., MADELYN PEARSON, R.N., MOUNT SINAI BETH ISRAEL, INC., BETH ISRAEL MEDICAL CENTER INC., MOUNT SINAI HOSPITALS GROUP INC., MOUNT SINAI HEALTH SYSTEM, INC., JOHN T. FOX, M.D., JOHN D. PUSKAS, M.D., and GIANLUCA TORREGROSSA, M.D.,

                      Defendants.

**ORDER**

18 Civ. 7451 (ER)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: March 10, 2020

Ramos, D.J.

On August 16, 2018, Susan Buchwald ("Plaintiff" or "Buchwald") brought this wrongful death action against Defendants on behalf of her decedent husband. Doc. 1. On September 4, 2019, the Court approved a request from Buchwald's attorney to withdraw from the case due to personal reasons and irreconcilable differences with Buchwald. Doc. 46. Buchwald is now *pro se*. The Court also granted Buchwald a three-month extension to retain new counsel and respond to Defendants' discovery requests. *Id.* On December 6, 2019, the Court granted Buchwald another extension of three months till March 24, 2020. Doc. 49. As this was Buchwald's fourth request for an extension, the Court advised her that no further extensions would be granted absent good cause shown. *Id.* On March 5, 2020, Buchwald asked the Court to dismiss the case as she was unable to retain counsel or otherwise prosecute the case. Doc. 50.

Accordingly, the request to dismiss the case is GRANTED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Clerk of Court is respectfully directed to mail a copy of this Order to Buchwald at 160 Summer Point Drive, Saint Augustine, Florida 32086 and terminate the case.

It is SO ORDERED.

Dated: March 10, 2020
       New York, New York

_____
Edgardo Ramos, U.S.D.J.